THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. CR06-374RSM |
| v. | ORDER OF CONTINUANCE |
| DOMICO JONES, | |
| Defendant. | |

The Court having reviewed the stipulated motion by the United States and defendant DOMICO JONES to continue the trial date, and having reviewed the records and files herein, makes the following findings and enters the following order:

The Court finds that pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(i), (ii) and (iv), the ends of justice served by continuing the trial date from December 26, 2006 to March 5, 2007, outweigh the best interests of the public and the defendant in a speedy trial. This matter is complex due to the fact that the events that form the basis of Count 1 took place in front of numerous civilian witnesses. It is therefore unreasonable to expect the parties to adequately prepare for trial before December 26, 2006. Additionally, failure to grant a continuance to March 5, 2007 would deny the parties the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

Order to Continue Trial Date/
JONES/ CR06-374RSM — 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS HEREBY ORDERED that trial in this matter is continued from
2  December 26, 2006 to March 5, 2007 at 9:00 a.m.
3  IT IS FURTHER ORDERED that, for purposes of computing the time limitations
4  imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3164, the period of delay from
5  December 26, 2006, up to and including March 5, 2007, is excludable time pursuant to
6  18 U.S.C. § 3161(h)(8)(B)(i), (ii), and (iv).  Defendant shall file a waiver of his Speedy
7  Trial rights as outlined in the Stipulated Motion no later than December 22, 2006.

   DATED this 15th day of December, 2006.

   RICARDO S. MARTINEZ
   UNITED STATES DISTRICT JUDGE

Presented by:

 /s Jill Otake
JILL OTAKE
Assistant United States Attorney
WA Bar # 28298
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Telephone: (206) 553-4254
Fax: (206) 553-0755
E-mail: jill.otake@usdoj.gov

Order to Continue Trial Date/
JONES/ CR06-374RSM — 2