# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DOMICO LAMONT JONES,<br><br>                Defendant. | **Case No.** CR06-374RSM<br><br>**Minute Order**<br>**Re: Settlement Conference** |

      THIS matter was referred by the Honorable Ricardo S. Martinez for a settlement conference. Assistant United States Attorney Jill Otake, defense attorney Carol Koller, and defendant Domico Lamont Jones met with U.S. Magistrate Judge, J. Kelley Arnold this date for purposes of settlement discussions, commencing at 9:00 a.m.

      The parties resolved the matter. A plea agreement pursuant to CrR 11(c)(1)(C) was prepared, and presented for consideration to U.S. Magistrate Judge Karen L. Strombom at 3:00 p.m. this date. The agreement was returned to Judge Martinez by way of a Report and Recommendation issued by Judge Strombom.

Entered by Deputy Clerk, */s/Kelly Miller*, this 1st day of February 2007.

ORDER
Page - 1